IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WOO, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PATRICK R. DONAHOE, | : | No. 12-1265 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **16th** day of **October**, **2013**, upon consideration of Defendant's Second Renewed Motion to Dismiss for Failure to Prosecute or in the Alternative for Summary Judgment, and Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated October 16, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 26) is **GRANTED in part.**

2. Pursuant to Federal Rule of Civil Procedure 41(b), the claims against Defendant are **DISMISSED with prejudice**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**